UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-8023

In re: Avandia Marketing, Sales Practices and Products Liability Litigation

GlaxoSmithKline LLC,

                        Petitioner

(E.D. Pa. No. 2:07-md-01871)

Present: SHWARTZ, MONTGOMERY-REEVES AND AMBRO, Circuit Judges

1. Motion filed by Petitioner GlaxoSmithKline LLC to stay district-court proceedings pending appeal.

2. Response filed by Respondents JB Hunt Transport Services Inc and United Food and Commercial Workers Local 1776 and Participating Employers Health and Welfare Fund in opposition.

3. Motion filed by Petitioner GlaxoSmithKline LLC for withdrawal of motion to stay district-court proceedings pending appeal.

                        Respectfully,
                        Clerk/lmr

_____ORDER_____

The foregoing Motion filed by Petitioner GlaxoSmithKline LLC for withdrawal of motion to stay district-court proceedings pending appeal is **granted.**

                        By the Court,

                        s/THOMAS L. AMBRO
                        Circuit Judge

Dated: July 29, 2025
Lmr/cc: All Counsel of Record